Filed 9/12/13  P. v. Davidson CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E058354 |
| v. | (Super.Ct.No. FSB041285) |
| GILBERT EUGENE DAVIDSON, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Michael A. Smith, Judge.  (Retired judge of the San Bernardino Super. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.)  Affirmed.

Patrick E. DuNah, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Defendant and appellant Gilbert Eugene Davidson appeals after the trial court denied his petition for resentencing under Penal Code section 1170.126, known as the

1

Three Strikes Reform Act of 2012 (Prop. 36, as approved by voters, Gen. Elec. (Nov. 7, 2012)).[1]  Defendant filed a notice of appeal on March 13, 2013.  We affirm.

PROCEDURAL BACKGROUND

On June 6, 2006, defendant was convicted of first degree burglary.  (§ 459.)  The trial court found that defendant had two strike priors.  (§§ 1170.12, subds. (a)-(d) & 667, subds. (b)-(i).)  On January 8, 2007, the court sentenced him to state prison for 25 years to life.

On February 11, 2013, defendant filed an in pro. per. petition for resentencing under section 1170.126.  The court denied the petition since defendant's current conviction was for a serious offense, which made him ineligible for resentencing under section 1170.126.  (§ 1170.126, subd. (e)(1).)

ANALYSIS

After the notice of appeal was filed, this court appointed counsel to represent defendant.  Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738 [87 S.Ct. 1396, 18 L.Ed.2d 493], setting forth a statement of the case, a brief statement of the facts, and identifying one potential arguable issue:  whether the trial court erred in denying defendant's petition for resentencing under section 1170.126.

---

[1]  All further statutory references will be to the Penal Code, unless otherwise noted.

Defendant was offered an opportunity to file a personal supplemental brief, which he has not done.  Under *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

<u>DISPOSITION</u>

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

HOLLENHORST_____

Acting P. J.

We concur:


KING_____

               J.


CODRINGTON_____

               J.